Thomas H. Bienert, Jr., SBN 135311
BIENERT, MILLER & KATZMAN PLC
903 Calle Amanecer, Suite 350
San Clemente, California 92673
949-369-3700
949-369-3701, *Facsimile*
TBienert@bmkattorneys.com

Attorney for Claimant,
SHEILA BRANDNER

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> $4,656,085.10 IN BANK FUNDS, <br><br> Defendant. <br><br> SHEILA BRANDNER, <br><br> Claimant. | CASE NO.: SACV 12-00219 DOC (JPRx) <br><br> **VERIFIED STATEMENT OF INTEREST PURSUANT TO SUPPLEMENTAL RULE G(5)(a)** <br><br> **(CLAIM TO DEFEND)** |

Claimant, Sheila Brandner, files her verified claim of ownership of the above-described property that is the subject of this forfeiture action.

As grounds for this claim, claimant states the following:

1. I have an ownership interest in the subject property at issue and claim the right to defend this action.

///

///

---

VERIFIED STATEMENT OF INTEREST PURSUANT TO SUPPLEMENTAL RULE G(5)(a) (CLAIM TO DEFEND)
- 1 -

## VERIFICATION

I, Sheila Brandner, do hereby verify that I have read the foregoing claim, and declare under penalty of perjury of the laws of the United States of America that the allegations stated herein are true and correct.

Executed on this _20_ day of March, 2012.

*[signature: Sheila C Brandner]*

Claimant, SHEILA BRANDNER