```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM (Cal. Bar No. 110984)
    Assistant United States Attorney
 6  Asset Forfeiture Section
         Federal Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone:  (213) 894-5710
         Facsimile:  (213) 894-7177
 9       E-mail: Frank.Kortum@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) No.: SACV 12-0219-DOC (JPRx) |
|---|---|
| Plaintiff, | ) **JUDGMENT [126]** |
| vs. | ) |
| $4,656,085.10 in Bank Funds, | ) |
| Defendant. | ) |
| _____ | ) |
| SHEILA BRANDNER AND AGLIETTI OFFRET AND WOOFTER, | ) |
| Claimants. | ) |

Pursuant to the Court's Orders granting (1) Plaintiff's Motion for Terminating Sanctions as to claimant Sheila Brandner (Dkt. 124), and (2) Plaintiff's Motion for Summary Judgment as

1

to the interests of claimant Aglietti, Offret & Woofter (Dkt. 125), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff United States of America shall have judgment against the defendant $4,656,085.10 in Bank Funds.  The defendant is hereby be condemned and forfeited to the United States of America, which shall dispose of the defendant in the manner provided by law.

DATED: September 29, 2014

*David O. Carter*
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


   /s/Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
United States of America

2